FILED
JAN - 5 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:23-cr-00005
33 U.S.C. § 407
33 U.S.C. § 411
33 U.S.C. § 1319(c)(1)(A)
33 U.S.C. § 1321(b)(3)

DAVID K. SMITH,
WESTERN RIVER ASSETS, LLC, and,
RIVER MARINE ENTERPRISES, LLC

# I N F O R M A T I O N

The United States Attorney charges:

## BACKGROUND

At all relevant times:

1. Defendant DAVID K. SMITH was the owner and manager of defendants WESTERN RIVER ASSETS, LLC, and RIVER MARINE ENTERPRISES, LLC.

2. Defendants WESTERN RIVER ASSETS, LLC, and RIVER MARINE ENTERPRISES, LLC, were registered limited liability companies in the Commonwealth of Kentucky with business offices in Paducah, Kentucky.

3. Defendant WESTERN RIVER ASSETS, LLC, owned a vessel, a tow boat named the M/V Gate City, and moored the vessel along the West Virginia shore of the Big Sandy River from at least 2010 until

January 2018. The M/V Gate City was operated by defendant RIVER MARINE ENTERPRISES, LLC, from at least 2010 until January 2018.

4. The federal Water Pollution Control Act, Title 33, United States Code, Section 1251, et. seq. (hereinafter referred to as the "Clean Water Act"), was enacted by Congress to restore and maintain the chemical, physical, and biological quality of the nation's waters.

5. The Clean Water Act, and the regulations promulgated pursuant thereto, prohibited the discharge of oil or hazardous substance into a navigable water of the United States in such quantities that may be harmful, 33 U.S.C. § 1321(b)(3).

6. The Rivers and Harbors Act prohibited the discharge of refuse into navigable waters of the United States, 33 U.S.C. § 407.

**DEFENDANTS DAVID K. SMITH, WESTERN RIVER ASSETS, LLC, and RIVER MARINE ENTERPRISES, LLC, VIOLATION OF THE CLEAN WATER ACT**

7. During the time the M/V Gate City was moored in the Big Sandy River, defendants failed to maintain the vessel in a seaworthy condition and failed to take the necessary actions to prevent the vessel from sinking and discharging oil and oily mixtures into the Big Sandy River, a navigable water of the United States.

8. From on or before 2010 through January 10, 2018, defendants kept the M/V Gate City moored to the bank on the West Virginia side of the Big Sandy River. Defendants failed to place the M/V Gate City into dry dock for any inspections, surveys or audits concerning the condition of the hull or other parts of the vessel. The engines on the M/V Gate City were partially disassembled and the electrical system was not operational. Defendants considered the M/V Gate City to be a "laid-up vessel" and not in the requisite condition to perform the normal operations of a tow boat.

9. Defendants were aware of the condition of the M/V Gate City prior to its sinking on January 10, 2018. In November 2017, the United States Coast Guard inspected the vessel. On or about December 5, 2017, the United States Coast Guard issued an Administrative Order to defendants DAVID K. SMITH and WESTERN RIVER ASSETS, LLC. The Order notified defendants DAVID K. SMITH and WESTERN RIVER ASSETS, LLC, that the M/V Gate City presented an "imminent and substantial threat to the public health or welfare or the environment because of a threatened discharge of oil from the vessel." The Order required defendants DAVID K. SMITH and WESTERN RIVER ASSETS, LLC, to remove all oil and hazardous substances from the M/V Gate City prior to January 31, 2018.

10. Defendant DAVID K. SMITH was on the M/V Gate City at least one time after receipt of the December 5, 2017, notification from the United States Coast Guard, and before the sinking of the M/V Gate City in January 2018.

11. The M/V Gate City sank at its mooring along the Big Sandy River on or about January 10, 2018. When the M/V Gate City sank, it discharged oil and oily mixtures into the Big Sandy River. The oil left a sheen on the Big Sandy River and oily deposits on the bottom of the river.

12. As a direct result of the sinking of the M/V Gate City and the resultant oil spill, the City of Kenova, West Virginia, closed its municipal drinking water intake. The drinking water intake, located in the Big Sandy River downstream from the M/V Gate City, was closed for three days.

13. The M/V Gate City discharged oil and oily mixtures into the Big Sandy River from on or about January 10, 2018, through January 27, 2018.

## COUNT ONE

(Negligent Discharge of Oil in a **Harmful Quantity**)

14. Paragraphs 1 through 13 of the Information are hereby realleged and incorporated as if fully set forth herein.

15. From on or about January 10, 2018, through January 27, 2018, at or near Wayne County, West Virginia, within the Southern District of West Virginia, defendants DAVID K. SMITH, WESTERN RIVER ASSETS, LLC, and RIVER MARINE ENTERPRISES, LLC, did negligently discharge, and cause to be discharged, oil and oily mixtures, in a quantity that may be harmful, into the Big Sandy River, a navigable water of the United States.

In violation of Title 33, United States Code, Sections 1321(b)(3) and 1319(c)(1)(A).

**COUNT TWO**

(Discharge of Refuse into Navigable Waters)

16. Paragraphs 1 through 13 of the Information are hereby realleged and incorporated as if fully set forth herein.

17. From on or about January 10, 2018, through January 27, 2018, at or near Wayne County, West Virginia, within the Southern District of West Virginia, defendants DAVID K. SMITH, WESTERN RIVER ASSETS, LLC, and RIVER MARINE ENTERPRISES, LLC, did discharge, and cause to be discharged, refuse, particularly oil and oily mixtures, into the Big Sandy River, a navigable water of the United States.

In violation of Title 33, United States Code, Sections 407 and 411.

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: Erik S. Goes /By Perry D. McDaniel
ERIK S. GOES
Assistant United States Attorney

[signature]
PERRY D. MCDANIEL
Special Assistant United States Attorney