**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 3:23-cr-00005**

**DAVID K. SMITH**
**WESTERN RIVER ASSETS, LLC, and**
**RIVER MARINE ENTERPRISES, LLC**

**MOTION OF THE UNITED STATES TO**
**SCHEDULE GUILTY PLEA HEARING**

The United States of America, by Erik S. Goes, Assistant United States Attorney for the Southern District of West Virginia, respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled cases. Furthermore, The United States requests the Court to cancel all pretrial related deadlines.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By:
/s/Erik S. Goes
ERIK S. GOES
Assistant United States Attorney
WV State Bar No. 6893
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: erik.goes@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 10th day of October, 2023, to:

S. Benjamin Bryant
Carey Douglas Kessler & Ruby, PLLC
707 Virginia Street East, Suite 901
Charleston, WV 25301
E-mail: sbbryant@cdkrlaw.com

/s/Erik S. Goes

ERIK S. GOES
Assistant United States Attorney
WV State Bar No. 6893
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: erik.goes@usdoj.gov