# District Judge Daybook Entry

| United States District Court - Southern District of West Virginia at Huntington | | | |
|---|---|---|---|
| Date: | 10/17/2023 | Case Number: | 3:23-cr-00005 |
| Case Style: | USA vs. Western River Assets, LLC | | |
| Type of hearing: | Plea Hearing | | |
| Before the Honorable: | 2514-Chambers | | |
| Court Reporter: | Carol Adams | Courtroom Deputy: | Terry Justice |
| Attorney(s) for the Plaintiff or Government: | | | |
| Erik Goes, Perry McDaniel | | | |
| Attorney(s) for the Defendant(s): | | | |
| S. Benjamin Bryant | | | |
| Law Clerk: | Casey Waldeck | | |
| Probation Officer: | Heather Edwards | | |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:40 PM | 2:16 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 36 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence 1:30 p.m.
Hearing commenced 1:40 p.m.

Defendant Smith appeared in person on behalf of himself and Defendants Western River Assets, LLC and River Marine Enterprises, LLC, and with counsel for pleas to count two of the Information.
Defendant sworn.
Defendant found competent to proceed.
Defendant's counsel summarized plea agreements.
Court deferred acceptance of plea agreements.
Original agreements ordered filed.
The defendant waived reading of the charge to which he was pleading.
Defendant pleaded guilty on behalf of himself and the LLCs.
Defendant executed waiver of indictment.
Court accepted wavier of indictment.

Court read pertinent portions of statute with which the Defendants were charged.
Defendant explained why he considered himself and the LLCs guilty.
Testimony of Kimberly Taylor, offered evidence of what Government would be able to prove at trial.
Court found that there was a sufficient factual basis for the pleas.
Court found that the defendant understood the nature of the charge and the consequences of pleading guilty.
Court found that the defendant understood the constitutional and other legal rights being given up.
Court found that the pleas were voluntary.
Defendant executed written pleas of guilty.
Pleas were accepted.
Defendants found guilty of violating 33 U.S.C. §§ 407 and 411.

PSR to all counsel and defendant 01/16/24
PSR objections 01/29/24
PSR to Court 02/12/24
Memorandum 02/20/24
Sentencing 02/26/24 at 1:30 p.m. for all defendants.

Defendant Smith released on previously executed bond.
Additional condition: that the defendant appear for sentencing as directed.

Hearing concluded 2:16 p.m.