FILED
OCT 18 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

UNITED STATES OF AMERICA

v. CRIMINAL ACTION NO. 3:23-00005

DAVID K. SMITH
WESTERN RIVER ASSETS, LLC, and
RIVER MARINE ENTERPRISES, LLC

**WITNESS LIST – PLEA HEARING**

| Date | Gov't No. | Witness | Date | Def't No. | Witness |
|---|---|---|---|---|---|
| 10/17/23 | 1 | Kimberly Taylor | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |